DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERNESTO LOPEZ,**
Appellant,

v.

**LUZ PATRICIA VALLEJO,**
Appellee.

No. 4D21-1230

[February 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 50-2019-DR-004747-XXXX-NB.

Troy William Klein, West Palm Beach, for appellant.

Luz Patricia Vallejo, Fort Pierce, pro se.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***